No. 00-9666. TATUM *v.* MARYLAND DIVISION OF CORRECTION ET AL. Ct. Sp. App. Md. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00A1064 (00-1692). WETLANDS ACTION NETWORK ET AL. *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 9th Cir. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied.

No. 00M99. HUNTER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 00M101. BRUETMAN *v.* HERBSTEIN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 00M100. LEAK *v.* UNITED STATES. Motion of petitioner for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the River Master for fees and expenses granted, and the River Master is granted a total of $2,645 for the period January 1 through March 31, 2001, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 531 U. S. 921.]

No. 99-1996. J. E. M. AG SUPPLY, INC., DBA FARM ADVANTAGE, INC., ET AL. *v.* PIONEER HI-BRED INTERNATIONAL, INC. C. A. Fed. Cir. [Certiorari granted, 531 U. S. 1143.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.